IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| AMY FAUGHT, individually and on behalf of a class of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORP., and LOWE'S HOME CENTERS, INC.,<br><br>Defendants. | No. 06-3135 |

OPINION

RICHARD MILLS, U.S. District Judge:

On October 30, 2006, the Court granted leave to the Plaintiff to file a second amended complaint. The Plaintiff filed her second amended complaint on the same date. Prior to October 30, 2006, the Defendants filed various motions to dismiss or motions to strike which were directed at the Plaintiff's first amended complaint or at pleadings which were related to the first amended complaint. Because the Plaintiff's second amended complaint is now the operative complaint before the Court, the motions

1

filed by the Defendants which were directed at the first amended complaint are now moot.

Ergo, all pending motions [d/e 20, 22, 30 & 32] are DENIED AS MOOT. Consistent with the Federal Rules of Civil Procedure, the Defendants may file an answer or otherwise plead to the second amended complaint.

ENTER: November 14, 2006

    FOR THE COURT:

                                        s/Richard Mills
                                        United States District Judge