IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| AMY FAUGHT, individually and on behalf of a class of all persons similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 06-3135 |
| WHIRLPOOL CORP., and LOWE'S HOME CENTERS, INC., | ) ) ) | |
| Defendants. | ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on a joint stipulation to stay this litigation.

In support of their motion, the parties state that they are currently engaged in negotiating a settlement of all claims, on a nationwide basis, through a similar lawsuit filed in the United States District Court for the Central District of California, *Dawn Bowen, on behalf of herself and others similarly situated v. Whirlpool Corporation, Lowe's Companies, Inc., Lowe's HIW,*

1

*Inc. and American Water Heater Company*, Cause Number CV 05-8067 AG. The parties allege that it is anticipated that the claims of the Plaintiff in this case will be consolidated with the claims of the *Bowen* litigation.

Based on the foregoing, the parties request that the Court reserve ruling on the pending motions to dismiss and stay this litigation until further notice from the parties.

Ergo, the parties' joint motion to stay this litigation [d/e 43] is ALLOWED. This action is hereby stayed. The Court will withhold ruling on the pending motions to dismiss until further notice from the parties. The parties will notify the Court of any change in the status of the litigation.

ENTER: January 25, 2007

    FOR THE COURT:

                                      s/Richard Mills
                                      United States District Judge